# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONOVON LEE,** | : | CIVIL ACTION NO. 1:18-CV-1902 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **MARK CAPOZZA,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 19th day of December, 2018, upon consideration of the motion (Doc. 18) filed *pro se* by petitioner Donovon Lee ("Lee"), requesting that the court grant his petition (Doc. 1-2) for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and order his immediate release from incarceration, and the court having denied Lee's petition by order (Doc. 17) dated December 13, 2018, it is hereby ORDERED that Lee's motion (Doc. 18) for release from incarceration is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania